UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE, personal representative of the Estate of Eugene Pepe,

    Plaintiff,

v.      Case No: 2:25-cv-723-JES-DNF

SAUL VILLABOLOS, TEVEN RUBINO, LUKE LAJQI, SUSAN FINLEY, KHALEEB HOOVER,

    Defendants.

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #14), filed on October 2, 2025, recommending that the Amended Complaint (Doc. #13) be dismissed and the case closed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1).

The Magistrate Judge found that plaintiff was financially eligible to proceed *in forma pauperis* but required an amended complaint to satisfy review under 28 U.S.C. § 1915. (Doc. #6.) Specifically, it was noted that the Complaint was a shotgun pleading, it failed to state a viable claim under RICO and failed to allege that any of the defendants were state actors for a civil rights claim. The Complaint was also found to lack sufficient factual allegations. On September 30, 2025, plaintiff filed an Amended Complaint (Doc. #13).

Upon review of the amended pleading, the Magistrate Judge found that it remains a shotgun pleading asserting multiple claims against multiple defendants without specifying how each count applied to a particular defendant. On the merits of the federal claims pursuant to 42 U.S.C. § 1983, the sole basis for subject matter jurisdiction, the Magistrate Judge noted that plaintiff still had not alleged that any defendant was a state actor.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #14) is hereby **accepted and adopted.**

    2.    The Amended Complaint is dismissed without prejudice. The Clerk shall terminate all pending motions and deadlines and close the file.

    **DONE and ORDERED** at Fort Myers, Florida, this __22nd__ day of October 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Nicholas P. Mizell
United States Magistrate Judge

Counsel of Record
Unrepresented parties